FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

KEVIN DYAS,

                Petitioner,

   vs.

TOM FELKER, Warden,

                Respondent.

Case No. CV 08-247-MMM (JWJ)

JUDGMENT

      Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

      IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: _____June 24, 2008_____

_____
MARGARET M. MORROW
United States District Judge